UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Robert L. Schmidt    RS5975
**AST & SCHMIDT, P.C.**
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300
robert@astschmidtlaw.com
Attorneys for Debtors

In Re:

BRIAN W. SHAW and LATISHA SHAW,

Debtors.

**Order Filed on December 22, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No. 17-34064 (JKS)

Chapter 13

Hon. John K. Sherwood

## ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: December 22, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: BRIAN W. SHAW and LATISHA SHAW
Case No: 17-34064 (JKS)
Caption of Order: ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

---

This matter having been opened to The Court upon the application by Brian W. Shaw and Latisha Shaw ("Debtors"), by and through its attorneys, Ast & Schmidt, P.C., for an extension of time to file Missing Documents; and The Court having considered the pleadings filed in support of said application and having determined that the relief sought is in the best interests of the Debtor, its estate and creditors; and sufficient cause appearing;

It is hereby:

**ORDERED**, that the time for the Debtors to file Missing Documents pursuant to Rule 1107(c) be and hereby is extended to December 28, 2017, without prejudice for the Debtors to seek a further extension on further notice.

Z:\DAA Data\Data\CHAP13\Shaw, B&L\Extend Time for Missing Docs\Proposed Order 171214.wpd