UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 22, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

Caption in Compliance with D.N.J. LBR 9004-2(c)
Robert L. Schmidt    RS5975
**AST & SCHMIDT, P.C.**
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300
robert@astschmidtlaw.com
Attorneys for Debtors

Case No. 17-34064 (JKS)

Chapter 13

In Re:

BRIAN W. SHAW and LATISHA SHAW,

Hon. John K. Sherwood

Debtors.

## ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: December 22, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:              BRIAN W. SHAW and LATISHA SHAW
Case No:             17-34064 (JKS)
Caption of Order:    ORDER EXTENDING TIME TO FILE MISSING
                     DOCUMENTS

---

This matter having been opened to The Court upon the application by Brian W. Shaw and Latisha Shaw ("Debtors"), by and through its attorneys, Ast & Schmidt, P.C., for an extension of time to file Missing Documents; and The Court having considered the pleadings filed in support of said application and having determined that the relief sought is in the best interests of the Debtor, its estate and creditors; and sufficient cause appearing;

It is hereby:

**ORDERED**, that the time for the Debtors to file Missing Documents pursuant to Rule 1107(c) be and hereby is extended to December 28, 2017, without prejudice for the Debtors to seek a further extension on further notice.

Z:\DAA Data\Data\CHAP13\Shaw, B&L\Extend Time for Missing Docs\Proposed Order 171214.wpd

United States Bankruptcy Court
District of New Jersey

In re:  
Brian W. Shaw  
Latisha Shaw  
    Debtors

Case No. 17-34064-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 22, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.  
db/jdb        +Brian W. Shaw,    Latisha Shaw,    6 Valley Road,    Randolph, NJ 07869-2920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:  
         David A. Ast    on behalf of Joint Debtor Latisha  Shaw david@astschmidtlaw.com, info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
         David A. Ast    on behalf of Debtor Brian W. Shaw david@astschmidtlaw.com, info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor   CitiBank, N.A. rsolarz@kmllawgroup.com  
         Robert L. Schmidt    on behalf of Debtor Brian W. Shaw robert@astschmidtlaw.com, info@astschmidtlaw.com;david@astschmidtlaw.com  
         Robert L. Schmidt    on behalf of Joint Debtor Latisha  Shaw robert@astschmidtlaw.com, info@astschmidtlaw.com;david@astschmidtlaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                    TOTAL: 7