Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–34064–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian W. Shaw  
6 Valley Road  
Randolph, NJ 07869  

Latisha Shaw  
6 Valley Road  
Randolph, NJ 07869  

Social Security No.:
xxx–xx–8677

xxx–xx–9298

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              2/8/18
Time:              09:00 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 28, 2017
JAN: lc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Brian W. Shaw
Latisha Shaw
    Debtors

Case No. 17-34064-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 28, 2017
                 Form ID: 132     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.

```
db/jdb         +Brian W. Shaw,    Latisha Shaw,    6 Valley Road,    Randolph, NJ 07869-2920
lm             +Shellpoint Mortgage Servicing,    PO BOX 51850,    Livonia, MI 48151-5850
517201549      +AHS Hospital Corp,    c/o Anthony J. Iler,    Richard W. Krieg, LLC,    17 Prospect Street,
                 Morristown, NJ 07960-6862
517201550      +Anesthesia Associates of Morristown,    Attn:  GEM Recovery Systems,
                 99 Kinderkamack Road Suite 308,    Westwood, NJ 07675-3021
517201551      +CACH LLC/MBNA America NA,    Attn:  Federated Law Gropu PLLC,    887 Donald Ross Road,
                 Juno Beach, FL 33408-1611
517201553       Citimortgage,    c/o KML Law Group, P.C.,    216 Haddonfield Ave., Suite 401,
                 Randolph, NJ 07869
517201554      +Citimortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
517201556      +Laboratory Corp. of America,    Attn:  American Medical Collection Ageny,
                 4 Westchester Plaza, Ste. 110,    Elmsford, NY 10523-1615
517201557      +Lawrence C. Antonucci, MD, LLC,    415 Route 24, Ste. E,    Chester, NJ 07930-2920
517201558      +MedLabs Diagnostics,    85 Horsehill Rd.,    Cedar Knolls, NJ 07927-2003
517201559      +Michael Lockette,    6 Valley Road,    Randolph, NJ 07869-2920
517201562      +Morris County Dental,    15 Commerce Blvd., Ste. 201,    Succasunna, NJ 07876-1343
517201561      +Morris County Dental,    Attn:  IC System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517201563      +Morristown EMA,    PO Box 6312,    Parsippany, NJ 07054-7312
517201564      +Morristown Medical Center,    PO Box 35610,    Newark, NJ 07193-5610
517201565       Ocwen Loan Servicing,    PO Box 785056,    Orlando, FL 32878-5056
517201567      +Quest Diagnostics,    Attn:  Credit Collection Services,    725 Canton St.,
                 Norwood, MA 02062-2679
517201566      +Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517201569       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2017 22:54:06      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2017 22:54:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517201548      +E-mail/Text: mreed@affcollections.com Dec 28 2017 22:54:08      Accurate Collection Services,
                 17 Prospect St.,    Morristown, NJ 07960-6862
517214802      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 28 2017 22:50:29
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 P.O. Box 165028,    Irving, TX 75016-5028
517201552      +E-mail/Text: bankruptcy@certifiedcollection.com Dec 28 2017 22:53:48
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
517201555      +E-mail/Text: cio.bncmail@irs.gov Dec 28 2017 22:53:35      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517201560      +E-mail/Text: collect@williamsalexander.com Dec 28 2017 22:53:43      Slobodan J. Miric, MD,
                 c/o Williams, Alexander, & Associates,    1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                                TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517201568       Regional Cancer Associates-Morristown,    25 Main Street, Ste. 601
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Dec 28, 2017
                              Form ID: 132             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
              David A. Ast    on behalf of Joint Debtor Latisha  Shaw david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              David A. Ast    on behalf of Debtor Brian W. Shaw david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   CitiBank, N.A. rsolarz@kmllawgroup.com
              Robert L. Schmidt    on behalf of Debtor Brian W. Shaw robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              Robert L. Schmidt    on behalf of Joint Debtor Latisha  Shaw robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 7
```