UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Robert L. Schmidt  (RS 5795)
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
Attorney for Debtors

Order Filed on April 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian W. Shaw and Latisha Shaw

Case No.:      17-34064

Chapter:      13

Judge:      John K. Sherman

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __December 27, 2017__ :

Property:    6 Valley Road, Randolph, New Jersey 07869

Creditor:    Shellpoint Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __the debtors__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __June 27, 2018__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2