| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Robert L. Schmidt  (RS 5795)<br>AST & SCHMIDT, P.C.<br>PO Box 1309, 222 Ridgedale Avenue<br>Morristown, NJ 07962-1309<br>973-984-1300   Fax 973-984-1478<br>Attorney for Debtors | **Order Filed on April 5, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Brian W. Shaw and Latisha Shaw | Case No.:        17-34064<br><br>Chapter:            13<br><br>Judge:        John K. Sherman |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __December 27, 2017__ :

Property: 6 Valley Road, Randolph, New Jersey 07869

Creditor: Shellpoint Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __the debtors__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __June 27, 2018__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Brian W. Shaw  
Latisha Shaw  
    Debtors

Case No. 17-34064-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Apr 05, 2018  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.  
db/jdb       +Brian W. Shaw,    Latisha Shaw,    6 Valley Road,    Randolph, NJ 07869-2920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:

        David A. Ast   on behalf of Debtor Brian W. Shaw david@astschmidtlaw.com,  
         info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
        David A. Ast   on behalf of Joint Debtor Latisha  Shaw david@astschmidtlaw.com,  
         info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
        Denise E. Carlon   on behalf of Loss Mitigation    CitiBank dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor    CitiBank, N.A. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Kevin M. Buttery   on behalf of Creditor    Deutsche Bank National Trust Company  
         bkyefile@rasflaw.com  
        Marie-Ann  Greenberg   magecf@magtrustee.com  
        Rebecca Ann Solarz   on behalf of Creditor    CitiBank, N.A. rsolarz@kmllawgroup.com  
        Robert L. Schmidt   on behalf of Joint Debtor Latisha  Shaw robert@astschmidtlaw.com,  
         info@astschmidtlaw.com;david@astschmidtlaw.com  
        Robert L. Schmidt   on behalf of Debtor Brian W. Shaw robert@astschmidtlaw.com,  
         info@astschmidtlaw.com;david@astschmidtlaw.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 10