UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

David A. Ast   (DA6948)
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
david@astschmidtlaw.com
Attorney for Debtors

**Order Filed on July 23, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Brian W. Shaw and Latisha Shaw

　　　　　　　　　　　Debtors.

Case No.:       17-34064 (JKS)

Chapter:            13

Judge:         John K. Sherman

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

　　The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 23, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   December 27, 2017   :

Property:        6 Valley Road, Randolph, New Jersey 07869

Creditor:        Shellpoint Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by   attorney for the debtors  , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including      September 27, 2018      .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2