UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. Schmidt, Esq. (5975)
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300    Fax 973-984-1478
robert@astschmidtlaw.com
Attorney for Debtor

In Re:

Brian W. Shaw and Latisha Shaw

Case No.: 17-34064

Judge: John K. Sherwood

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for ____September 27, 2018____, at __9:00 am__.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ ____2,840____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☐ Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 9/18/18

Debtor's Signature

Date: 9-18-18

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15

## Case Number 1734064



### Debtor Information

| Debtor 1 | BRIAN W. SHAW |
| --- | --- |
| Debtor 2 | LATISHA SHAW |

### Trustee Information

| Trustee | Marie-Ann Greenberg |
| --- | --- |

**Status**

| Data Last Updated | Sep 18, 2018 |
| --- | --- |
| Total Paid into Plan | $4,202.00 |
| Petition Filed on | Nov 30, 2017 |

**Debtor's Latest Payments**

| EPAY STANDARD PLAN PAYMENT | $710.00 |
| --- | --- |
| 09/12/2018 | |
| EPAY STANDARD PLAN PAYMENT | $2,130.00 |
| 08/22/2018 | |
| EPAY STANDARD PLAN PAYMENT | $227.00 |
| 06/18/2018 | |

### CASE INFORMATION

| | | | |
| --- | --- | --- | --- |
| Case Number | 1734064 | Filing Fee in Plan | |
| Case Status | ACTIVE | Filing Fee Paid to Date | |
| NDC Case Status | Active-Open | Date Petition Filed | 11/30/2017 |
| Balance on Hand | $2,754.80 | Date Plan Filed | 12/27/2017 |
| Last Receipt Date | 09/12/2018 | First 341 Meeting Date | 01/09/2018 |
| Last Receipt Amount | $710.00 | | |
| Last Disbursement Date | 09/12/2018 | Date Case Confirmed | 06/21/2018 |
| Total Paid into Plan | $4,202.00 | Date Case Closed | |
| Total Paid to all Parties | $1,447.20 | | |
| Total Paid to Creditors | | | |

Additional Parties In Interest

**PAYMENT SCHEDULE**    Export

### TRUSTEE INFORMATION

| Trustee Name | Marie-Ann Greenberg |
| --- | --- |
| Trustee City | Fairfield, NJ |
| Amount Paid to Date | $162.16 |

The values are estimates, please contact your Attorney with any questions.

### JUDGE/ATTORNEY INFORMATION

| Judge Name | JOHN K. SHERWOOD |
| --- | --- |
| Attorney Name | DAVID A. AST, ESQ. |
| Attorney Fee in Plan | |
| Attorney Paid to Date | |
| Attorney Fee Paid Outside Plan | |

### DEBTOR INFORMATION

| Debtor 1 | Debtor 2 |
| --- | --- |

**Total Delinquency Amt: $0.00**