UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Robert L. Schmidt, Esq.  RS5795
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorney for Debtors

Order Filed on October 4, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Brian W. Shaw and Latisha Shaw

Debtors.

Case No.:    17-34064

Chapter:    13

Judge:    John K. Sherwood

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   December 27, 2017   :

Property:       6 Valley Road, Randolph, New Jersey 07869

Creditor:       Shellpoint Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by   attorney for the debtors  , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including       December 27, 2018      .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*