**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   BRIAN W. SHAW
   LATISHA SHAW

Order Filed on October 4, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-34064 JKS

Hearing Date:  9/27/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 4, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  BRIAN W. SHAW
            LATISHA SHAW

Case No.:  17-34064

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

    THIS MATTER having come before the Court on 09/27/2018 on notice to DAVID A. AST, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian W. Shaw  
Latisha Shaw  
    Debtors

Case No. 17-34064-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 1                  Date Rcvd: Oct 04, 2018
                         Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
db/jdb         +Brian W. Shaw,    Latisha Shaw,    6 Valley Road,    Randolph, NJ 07869-2920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
      David A. Ast    on behalf of Debtor Brian W. Shaw david@astschmidtlaw.com,
       info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
      David A. Ast    on behalf of Joint Debtor Latisha  Shaw david@astschmidtlaw.com,
       info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
      Denise E. Carlon    on behalf of Loss Mitigation    CitiBank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    CitiBank, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
       bkyefile@rasflaw.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Melissa S DiCerbo    on behalf of Creditor    Shellpoint Mortgage Servicing, as servicer for MTGLQ
       Investors nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Rebecca Ann Solarz    on behalf of Creditor    CitiBank, N.A. rsolarz@kmllawgroup.com
      Robert L. Schmidt    on behalf of Joint Debtor Latisha  Shaw robert@astschmidtlaw.com,
       info@astschmidtlaw.com;david@astschmidtlaw.com
      Robert L. Schmidt    on behalf of Debtor Brian W. Shaw robert@astschmidtlaw.com,
       info@astschmidtlaw.com;david@astschmidtlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                            TOTAL: 11