UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliancer with D.N.J. LBR 9004-2(c)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for CITIBANK, N.A.

**Order Filed on January 9, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-34064 JKS

Judge: John K. Sherwood

Chapter: 13

In Re:
Brian W. Shaw
Latisha Shaw

                  Debtors

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>August 30, 2018</u>:

Property: <u>16-22 Polk Avenue, Dover, NJ, 07801</u>

Creditor: <u>CITIBANK, N.A.</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>CITIBANK, N.A.</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective <u>immediately</u>.