UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. Schmidt, Esq. (5975)
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorney for Debtor

In Re:

Brian W. Shaw and Latisha Shaw

Debtors

Case No.: _____17-34064_____

Judge: _____John K. Sherwood_____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____Chapter 13 Trustee_____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Payment in the amount of $1,400.20 was made on 3/15/19 (see attached).
Balance due in amount of $19.80 to be paid with April's payment.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: March 26, 2019

/s/ Brian Shaw
Debtor's Signature

Date: March 26, 2019

/s/ Latisha Shaw
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

## Case Number 1734064

### Debtor Information

| | |
|---|---|
| Debtor 1 | BRIAN W. SHAW |
| Debtor 2 | LATISHA SHAW |

### Trustee Information

| | |
|---|---|
| Trustee | Marie-Ann Greenberg |

**Status**

| | |
|---|---|
| Data Last Updated | Mar 23, 2019 |
| Total Paid into Plan | $8,442.20 |
| Petition Filed on | Nov 30, 2017 |

**Debtor's Latest Payments**

| | |
|---|---|
| EPAY STANDARD PLAN PAYMENT | $1,400.20 |
| 03/15/2019 | |
| EPAY STANDARD PLAN PAYMENT | $710.00 |
| 01/22/2019 | |
| EPAY STANDARD PLAN PAYMENT | $710.00 |
| 12/14/2018 | |

### CASE INFORMATION

| | | | | |
|---|---|---|---|---|
| Case Number | 1734064 | | Filing Fee in Plan | |
| Case Status | ACTIVE | | Filing Fee Paid to Date | |
| NDC Case Status | Active-Open | | Date Petition Filed | 11/30/2017 |
| Balance on Hand | $1,320.39 | | Date Plan Filed | 12/27/2017 |
| Last Receipt Date | 03/15/2019 | | First 341 Meeting Date | 01/09/2018 |
| Last Receipt Amount | $1,400.20 | | Date Case Confirmed | 06/21/2018 |
| Last Disbursement Date | 03/18/2019 | | Date Case Closed | |
| Total Paid into Plan | $8,442.20 | | | |
| Total Paid to all Parties | $7,121.81 | | | |
| Total Paid to Creditors | | | PAYMENT SCHEDULE | Export |

Additional Parties In Interest

### TRUSTEE INFORMATION

| | |
|---|---|
| Trustee Name | Marie-Ann Greenberg |
| Trustee City | Fairfield, NJ |
| Amount Paid to Date | $403.85 |

### JUDGE/ATTORNEY INFORMATION

| | |
|---|---|
| Judge Name | JOHN K. SHERWOOD |
| Attorney Name | DAVID A. AST, ESQ. |
| Attorney Fee in Plan | |
| Attorney Paid to Date | |
| Attorney Fee Paid Outside Plan | |

The values are estimates, please contact your Attorney with any questions.

**Total Delinquency Amt: $19.80**

### DEBTOR INFORMATION

| | Debtor 1 | | Debtor 2 |
|---|---|---|---|
| Debtor Name | BRIAN W. SHAW | Debtor Name | LATISHA SHAW |
| AKA | | AKA | |
| Direct Payment Amt | $710.00 | Direct Payment Amt | |
| Direct Payment Frequency | MONTHLY | Direct Payment Frequency | |
| Payroll Deduction Amt | | Payroll Deduction Amt | |
| Payroll Deduction Frequency | | Payroll Deduction Frequency | |

| PERIOD | DATE (MONTH/YEAR) | PAYMENT DUE | PAYMENT RECEIVED | PAYMENT DEFERRED | AMOUNT DUE |
|---|---|---|---|---|---|
| 1 | 12/2017 | $227.00 | $0.00 | 0.00 | $227.00 |
| 2 | 1/2018 | $227.00 | $454.00 | 0.00 | $0.00 |
| 3 | 2/2018 | $227.00 | $0.00 | 0.00 | $227.00 |
| 4 | 3/2018 | $227.00 | $227.00 | 0.00 | $227.00 |
| 5 | 4/2018 | $227.00 | $227.00 | 0.00 | $227.00 |
| 6 | 5/2018 | $227.00 | $227.00 | 0.00 | $227.00 |
| 7 | 6/2018 | $710.00 | $227.00 | 0.00 | $710.00 |
| 8 | 7/2018 | $710.00 | $0.00 | 0.00 | $1,420.00 |
| 9 | 8/2018 | $710.00 | $2,130.00 | 0.00 | $0.00 |

| PLAN STEPS | COURT DOCKET | DOCUMENTS AND FILES |
|---|---|---|

| START DATE | DEBTOR NAME | PAYMENT AMOUNT | PAYMENT FREQUENCY | NUMBER OF PAY PERIODS | PAYING TYPE | PAYEE TYPE |
|---|---|---|---|---|---|---|
| 12/01/2017 | BRIAN W. SHAW | $227.00 | MONTHLY | 6 | | DEBTOR1 |
| 06/01/2018 | BRIAN W. SHAW | $710.00 | MONTHLY | 54 | | DEBTOR1 |