Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34064−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian W. Shaw
6 Valley Road
Randolph, NJ 07869

Latisha Shaw
6 Valley Road
Randolph, NJ 07869

Social Security No.:
xxx−xx−8677

xxx−xx−9298

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/25/19 at 10:00 AM

to consider and act upon the following:

**94** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/27/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**96** − Certification in Opposition to Trustee Certification of Default (related document:94 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/27/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Robert L. Schmidt on behalf of Brian W. Shaw, Latisha Shaw. (Schmidt, Robert)

Dated: 3/27/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Brian W. Shaw
Latisha Shaw
    Debtors

Case No. 17-34064-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 27, 2019
                                   Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db/jdb         +Brian W. Shaw,    Latisha Shaw,    6 Valley Road,    Randolph, NJ 07869-2920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:

         David A. Ast    on behalf of Debtor Brian W. Shaw   david@astschmidtlaw.com,
          info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
         David A. Ast    on behalf of Joint Debtor Latisha   Shaw   david@astschmidtlaw.com,
          info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
         Denise E. Carlon    on behalf of Loss Mitigation    CitiBank   dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor     CitiBank, N.A.   dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kevin M. Buttery    on behalf of Creditor     Deutsche Bank National Trust Company
          bkyefile@rasflaw.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Melissa S DiCerbo    on behalf of Creditor     Shellpoint Mortgage Servicing, as servicer for MTGLQ
          Investors nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
         Rebecca Ann Solarz    on behalf of Creditor     CitiBank, N.A.   rsolarz@kmllawgroup.com
         Robert L. Schmidt    on behalf of Joint Debtor Latisha   Shaw   robert@astschmidtlaw.com,
          info@astschmidtlaw.com;david@astschmidtlaw.com
         Robert L. Schmidt    on behalf of Debtor Brian W. Shaw   robert@astschmidtlaw.com,
          info@astschmidtlaw.com;david@astschmidtlaw.com
         Sindi Mncina    on behalf of Creditor     Deutsche Bank National Trust Company   smncina@rascrane.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 12