| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1( b)

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
CITIBANK, N.A.

**Order Filed on April 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No:    17-34064 JKS

Chapter: 13

In Re:

Brian W. Shaw
Latisha Shaw
         DEBTOR(S),

Michael Lockette
       CO-DEBTOR

Hearing Date: April 11, 2019
Judge:  John K. Sherwood

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>CITIBANK, N.A.</u>, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 16-22 Polk Avenue, Dover NJ 07801**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

```
                    United States Bankruptcy Court
                         District of New Jersey
```

In re:                                                          Case No. 17-34064-JKS
Brian W. Shaw                                                   Chapter 13
Latisha Shaw
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Apr 16, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db/jdb         +Brian W. Shaw,   Latisha Shaw,   6 Valley Road,   Randolph, NJ 07869-2920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              David A. Ast    on behalf of Debtor Brian W. Shaw david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              David A. Ast    on behalf of Joint Debtor Latisha   Shaw david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Loss Mitigation    CitiBank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    CitiBank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Shellpoint Mortgage Servicing, as servicer for MTGLQ
               Investors nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    CitiBank, N.A. rsolarz@kmllawgroup.com
              Robert L. Schmidt    on behalf of Joint Debtor Latisha   Shaw robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              Robert L. Schmidt    on behalf of Debtor Brian W. Shaw robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              Sindi   Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 12