Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−34064−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Brian W. Shaw             Latisha Shaw
 6 Valley Road              6 Valley Road
 Randolph, NJ 07869            Randolph, NJ 07869

Social Security No.:
 xxx−xx−8677               xxx−xx−9298

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

 NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:   6/13/19
Time:   10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

 The following applications for compensation have been filed:

APPLICANT(S)
Ast & Schmidt, P.C.

COMMISSION OR FEES
$9337.50

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

 An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 14, 2019
JAN:

                  Jeanne Naughton
                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Brian W. Shaw  
Latisha Shaw  
    Debtors

Case No. 17-34064-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 14, 2019  
                     Form ID: 137     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.

```
db/jdb         +Brian W. Shaw,    Latisha Shaw,    6 Valley Road,    Randolph, NJ 07869-2920
lm             +BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
lm              CitiBank,    P.O.BOX 6243,    SIOUX FALLS, SD  57117-6243
cr             +Deutsche Bank National Trust Company,    Robertson, Anschutz, Schneid, P.L.,
                 6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
lm             +Shellpoint Mortgage Servicing,    PO BOX 51850,    Livonia, MI 48151-5850
517201549      +AHS Hospital Corp,    c/o Anthony J. Iler,    Richard W. Krieg, LLC,    17 Prospect Street,
                 Morristown, NJ 07960-6862
517319365      +ANESTHESIA ASSOCIATES OF MORRISTOWN,    c/o GEM RECOVERY SYSTEMS,
                 800 KINDERKAMACK ROAD SUITE 206N,    ORADELL, NJ 07649-1554
517201550      +Anesthesia Associates of Morristown,    Attn: GEM Recovery Systems,
                 99 Kinderkamack Road Suite 308,    Westwood, NJ 07675-3021
517574483     #+Atlantic Pacific Mortgage,    302 Fellowship Road,    Mount Laurel, NJ 08054-1218
517201551      +CACH LLC/MBNA America NA,    Attn: Federated Law Gropu PLLC,    887 Donald Ross Road,
                 Juno Beach, FL 33408-1611
517325742       Citibank, N.A.,    c/o Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517201554      +Citimortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
517201553       Citimortgage,    c/o KML Law Group, P.C.,    216 Haddonfield Ave., Suite 401,
                 Randolph, NJ 07869
517437140      +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    1661 Worthington Road, Suite 100,,
                 West Palm Beach, FL 33409-6493
517259817      +Deutsche Bank National Trust Company,    C/O Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave,    Suite 100,    Boca Raton FL 33487-2853
517201557      +Lawrence C. Antonucci, MD, LLC,    415 Route 24, Ste. E,    Chester, NJ 07930-2920
517443555       MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC  29603-0826
517201558      +MedLabs Diagnostics,    85 Horsehill Rd.,    Cedar Knolls, NJ 07927-2003
517201559      +Michael Lockette,    6 Valley Road,    Randolph, NJ 07869-2920
517201562      +Morris County Dental,    15 Commerce Blvd., Ste. 201,    Succasunna, NJ 07876-1343
517201561      +Morris County Dental,    Attn: IC System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517201563      +Morristown EMA,    PO Box 6312,    Parsippany, NJ 07054-7312
517201564      +Morristown Medical Center,    PO Box 35610,    Newark, NJ 07193-5610
517441195      +Morristown Medical Center,    c/o CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517201565       Ocwen Loan Servicing,    PO Box 785056,    Orlando, FL 32878-5056
517201566      +Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517201569       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2019 02:22:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2019 02:22:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517201548      +E-mail/Text: mreed@affcollections.com May 15 2019 02:22:37     Accurate Collection Services,
                 17 Prospect St.,    Morristown, NJ 07960-6862
517438069       E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2019 00:35:00
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517438698       E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2019 00:37:32     CACH, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517214802      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2019 00:34:54
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 P.O. Box 165028,    Irving, TX 75016-5028
517261801      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2019 00:32:39
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
517201552      +E-mail/Text: bankruptcy@certifiedcollection.com May 15 2019 02:22:12
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
517201555      +E-mail/Text: cio.bncmail@irs.gov May 15 2019 02:21:38     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517201556      +E-mail/Text: bkrpt@retrievalmasters.com May 15 2019 02:22:28     Laboratory Corp. of America,
                 Attn: American Medical Collection Ageny,    4 Westchester Plaza, Ste. 110,
                 Elmsford, NY 10523-1615
517201567      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 15 2019 02:23:47     Quest Diagnostics,
                 Attn: Credit Collection Services,    725 Canton St.,    Norwood, MA 02062-2679
517201560      +E-mail/Text: collect@williamsalexander.com May 15 2019 02:21:54     Slobodan J. Miric, MD,
                 c/o Williams, Alexander, & Associates,    1479 Route 23 South,    Wayne, NJ 07470-7507
517326629      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2019 02:06:44     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 13
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 14, 2019
                              Form ID: 137             Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517201568       Regional Cancer Associates-Morristown,    25 Main Street, Ste. 601
                                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:

```
              David A. Ast    on behalf of Debtor Brian W. Shaw david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              David A. Ast    on behalf of Joint Debtor Latisha  Shaw david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Loss Mitigation    CitiBank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    CitiBank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Shellpoint Mortgage Servicing, as servicer for MTGLQ
               Investors nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    CitiBank, N.A. rsolarz@kmllawgroup.com
              Robert L. Schmidt    on behalf of Debtor Brian W. Shaw robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              Robert L. Schmidt    on behalf of Joint Debtor Latisha  Shaw robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 12
```