| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>*Robert L. Schmidt (RS-5795)*<br>**AST & SCHMIDT, P.C.**<br>222 Ridgedale Avenue<br>P.O. Box 1309<br>Morristown, NJ  07962-1309<br>(973) 984-1300<br>robert@astschmidtlaw.com<br>Attorneys for Debtors | **Order Filed on June 17, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 17-34064 (JKS)<br><br>Chapter 13<br><br>The Honorable John K. Sherwood |
| In Re:<br><br>     BRIAN W. SHAW and<br>     LATISHA SHAW,<br><br>                    Debtors. | Hearing Date: June 13, 2019 |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

   The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 17, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor:                **SHAW, Brian & Latisha**

Case No:               **17-34064 (JKS)**

Caption of Order:      **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is hereby:

**ORDERED** that the applicant, Ast & Schmidt, P.C., is allowed fees in the amount of $9,337.50; and expense reimbursements in the amount of $40.00 for additional services rendered. The allowance shall be payable:

| | |
|---|---|
| __X__ | through the Chapter 13 plan as an administrative priority.  Plan payments shall increase to $770.00 per month beginning July 1, 2019. |
| ____ | outside the plan |

-2-