UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. Schmidt, Esq. (5975)
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorney for Debtor

In Re:

Brian W. Shaw and Latisha Shaw

Debtors.

Case No.: _____17-34064_____

Judge: _____JKS_____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____the Trustee_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ _____2,249.80_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: August 27, 2019                               /s/Brian W. Shaw
                                                    Debtor's Signature

Date: August 27, 2019                               /s/ Latisha Shaw
                                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

EBPP Make A Payment - Internet Explorer

https://stionlineepaymanager.suntrust.com/custom_cm/EBPP_Payment_m2.asp

# Make A Payment

1. Accept Terms & Conditions | 2. Confirm Payment Details | **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 16 Aug 2019, $ 2,251.80 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 6100370 |
| Payer Name: | Brian Shaw |
| Payer Email Address: | Brians2049@gmail.com |
| Online Payment ID: | 17340648677 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 15 Aug 2019 |
| Payment Date: | 15 Aug 2019 |
| Payment Effective Date: | 16 Aug 2019 |
| Payment Amount: | $ 2,249.80 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 2,251.80** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 2,249.80 and $ 2.00*

 Close Window    Print