Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34064−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian W. Shaw                                             Latisha Shaw
   6 Valley Road                                             6 Valley Road
   Randolph, NJ 07869                                        Randolph, NJ 07869
Social Security No.:
   xxx−xx−8677                                               xxx−xx−9298
Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 2, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 2, 2019
JAN: zlh

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-34064-JKS
Brian W. Shaw                                                   Chapter 13
Latisha Shaw
        Debtors              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Dec 02, 2019
                             Form ID: 148             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db/jdb         +Brian W. Shaw,    Latisha Shaw,    6 Valley Road,    Randolph, NJ 07869-2920
lm              CitiBank,    P.O.BOX 6243,    SIOUX FALLS, SD 57117-6243
cr             +Deutsche Bank National Trust Company,    Robertson, Anschutz, Schneid, P.L.,
                 6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
lm             +Shellpoint Mortgage Servicing,    PO BOX 51850,    Livonia, MI 48151-5850
517201549      +AHS Hospital Corp,    c/o Anthony J. Iler,    Richard W. Krieg, LLC,    17 Prospect Street,
                 Morristown, NJ 07960-6862
517319365      +ANESTHESIA ASSOCIATES OF MORRISTOWN,    c/o GEM RECOVERY SYSTEMS,
                 800 KINDERKAMACK ROAD SUITE 206N,    ORADELL, NJ 07649-1554
517201550      +Anesthesia Associates of Morristown,    Attn: GEM Recovery Systems,
                 99 Kinderkamack Road Suite 308,    Westwood, NJ 07675-3021
517201551      +CACH LLC/MBNA America NA,    Attn: Federated Law Gropu PLLC,    887 Donald Ross Road,
                 Juno Beach, FL 33408-1611
517201553       Citimortgage,    c/o KML Law Group, P.C.,    216 Haddonfield Ave., Suite 401,
                 Randolph, NJ 07869
517437140      +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    1661 Worthington Road, Suite 100,,
                 West Palm Beach, FL 33409-6493
517259817      +Deutsche Bank National Trust Company,    C/O Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave,    Suite 100,    Boca Raton FL 33487-2853
517201557      +Lawrence C. Antonucci, MD, LLC,    415 Route 24, Ste. E,    Chester, NJ 07930-2920
518536167      +Liberty Revolving Trust,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84119-3284
518536168      +Liberty Revolving Trust,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84115,    Liberty Revolving Trust,    84119-3284
517443555       MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC 29603-0826
517201558      +MedLabs Diagnostics,    85 Horsehill Rd.,    Cedar Knolls, NJ 07927-2003
517201559      +Michael Lockette,    6 Valley Road,    Randolph, NJ 07869-2920
517201562      +Morris County Dental,    15 Commerce Blvd., Ste. 201,    Succasunna, NJ 07876-1343
517201561      +Morris County Dental,    Attn: IC System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517201563      +Morristown EMA,    PO Box 6312,    Parsippany, NJ 07054-7312
517201564      +Morristown Medical Center,    PO Box 35610,    Newark, NJ 07193-5610
517441195      +Morristown Medical Center,    c/o CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517201565       Ocwen Loan Servicing,    PO Box 785056,    Orlando, FL 32878-5056
517201566      +Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517201569       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 03 2019 00:50:13     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 03 2019 00:50:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +EDI: BANKAMER.COM Dec 03 2019 05:03:00      BANK OF AMERICA, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
517201548      +E-mail/Text: mreed@affcollections.com Dec 03 2019 00:50:14     Accurate Collection Services,
                 17 Prospect St.,    Morristown, NJ 07960-6862
517438069       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2019 00:57:31
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517438698       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2019 00:58:19     CACH, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517214802      +EDI: AISACG.COM Dec 03 2019 05:03:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    P.O. Box 165028,    Irving, TX 75016-5028
517261801      +EDI: AISACG.COM Dec 03 2019 05:03:00      Capital One Auto Finance, c/o AIS Portfolio Servic,
                 P.O. Box 4360,    Houston, TX 77210-4360
517201552      +E-mail/Text: bankruptcy@certifiedcollection.com Dec 03 2019 00:50:00
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
517325742       EDI: BANKAMER.COM Dec 03 2019 05:03:00      Citibank, N.A.,    c/o Bank of America,
                 PO Box 31785,    Tampa, FL 33631-3785
517201554      +EDI: CIAC.COM Dec 03 2019 05:03:00      Citimortgage,    P.O. Box 183040,
                 Columbus, OH 43218-3040
517201555      +EDI: IRS.COM Dec 03 2019 05:03:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517201556      +EDI: RMCB.COM Dec 03 2019 05:03:00      Laboratory Corp. of America,
                 Attn: American Medical Collection Ageny,    4 Westchester Plaza, Ste. 110,
                 Elmsford, NY 10523-1615
517201567      +EDI: CCS.COM Dec 03 2019 05:03:00      Quest Diagnostics,    Attn: Credit Collection Services,
                 725 Canton St.,    Norwood, MA 02062-2679
517201560      +E-mail/Text: collect@williamsalexander.com Dec 03 2019 00:49:39     Slobodan J. Miric, MD,
                 c/o Williams, Alexander, & Associates,    1479 Route 23 South,    Wayne, NJ 07470-7507
```

```
District/off: 0312-2           User: admin              Page 2 of 2                Date Rcvd: Dec 02, 2019
                               Form ID: 148             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517326629       +EDI: AIS.COM Dec 03 2019 05:03:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517201568        Regional Cancer Associates-Morristown,    25 Main Street, Ste. 601
517574483     ##+Atlantic Pacific Mortgage,    302 Fellowship Road,    Mount Laurel, NJ 08054-1218
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:
```
              David A. Ast    on behalf of Debtor Brian W. Shaw david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              David A. Ast    on behalf of Joint Debtor Latisha  Shaw david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Loss Mitigation    CitiBank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    CitiBank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Shellpoint Mortgage Servicing, as servicer for MTGLQ
               Investors nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    CitiBank, N.A. rsolarz@kmllawgroup.com
              Robert L. Schmidt    on behalf of Debtor Brian W. Shaw robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              Robert L. Schmidt    on behalf of Joint Debtor Latisha  Shaw robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 12
```